J. CLIFFORD PETERSEN
Assistant Utah Solicitor General
Utah Attorney General's Office
160 East 300 South, Sixth Floor
PO Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
cliffpetersen@agutah.gov
Attorney for Appellee

# IN THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| Annette Henrie,<br>    Appellant,<br><br>v.<br><br>Carbon School District,<br>    Appellee. | **Unopposed Motion for Additional 10-day Enlargement of Time to File Principal Brief**<br><br><br>**Docket No. 22-4015** |

_____

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, and pursuant to Tenth Circuit Rule 27.6, Appellee moves the Court for an additional ten-day enlargement of time, to and including September 1, 2022, for Appellee to file its answer brief. This motion is based on counsel's active involvement with other litigation.

The principal brief of Appellee is currently due on August 22, 2022. A 30-day extension was previously granted by this Court. Due to

counsel's active involvement in other litigation, counsel will be unable to adequately complete the principal brief in this matter by the current deadline. An additional ten days is needed to adequately prepare the brief in this matter. Counsel currently has two appellate briefs due in this Court on August 22, 2022: the brief in this matter and the brief in *Reyes v. Fowlks*, United States Court of Appeals for the Tenth Circuit, Docket No. 22-4028. Despite counsel's best efforts to complete both briefs in time, counsel has been unable to do so. In addition, counsel has been actively involved in other litigation, including assisting with the preparation of a brief in *In re: Office of the Utah Attorney General*, United States Court of Appeals for the Tenth Circuit, Docket No. 22-4057 (reply brief filed August 11, 2022). Associated counsel are unable to assist with the preparation of the brief in this matter; in counsel's three-attorney appellate team, an associated counsel recently concluded chemotherapy treatments and is on part-time medical leave, which has required the two remaining team members to cover three caseloads.

    Opposing counsel, Andrew Stavros, was contacted via email on August 15, 2022, and stated that he has no objection to this request.

WHEREFORE, Appellee moves the Court for an additional 10-day enlargement of time, to and including September 1, 2022, to file its answer brief in this appeal.

DATED this 15th day of August, 2022.

      /s J. Clifford Petersen
J. CLIFFORD PETERSEN
Assistant Utah Attorney General
Attorney for Appellee
160 E. 300 S., 6th Floor
PO Box 140856
Salt Lake City, Utah 84114
(801) 366-0100
cliffpetersen@agutah.gov

# CERTIFICATE OF SERVICE

Pursuant to Section II(I) of the Court's CM/ECF User's Manual, the undersigned certifies that all required privacy redactions have been made and this document was scanned for viruses with the most recent version of Microsoft Security Essentials v. 2.1.111.6.0, and, according to the program, is free of viruses. The undersigned also certifies that on January 26, 2022, a true, correct and complete copy of this document was filed with the Court and served on the following via the Court's ECF system:

    Andrew W. Stavros
    Andrew Fox
    STAVROS LAW, P.C.
    andy@stavroslaw.com
    fox@stavroslaw.com

    /s J. Clifford Petersen
    J. Clifford Petersen
    160 E 300 S, 6th Floor
    PO Box 140856
    Salt Lake City, Utah 84114
    cliffpetersen@agutah.gov